L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
pmankin@paulmankin.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAOLAH A. SHAOULI & BEHNAZ SHAOULI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SEQUOIA CONCEPTS, INC., AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM,<br><br>Defendants. | Case No. **2:15-cv-05994-SJO-JC**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice as to the individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Notice of Dismissal - 1

Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: December 7, 2015          **LAW OFFICES OF L. PAUL MANKIN, IV**

                             By:   /s/ L. Paul Mankin, IV_____
                                   L. Paul Mankin, IV, Esq.
                                   Attorney for Plaintiffs

Filed electronically on this 20th day of November, 2015, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 7th day of December, 2015, via the ECF system to:

Honorable S. James Otero
United States District Court
Central District of California

And served via mail to:

Greg Lawrence
Edmond B. Siegel & Associates
5737 Kanan Road #722
Agoura Hills, CA 91301


This 7th day of December, 2015.

By: /s/ L. Paul Mankin, IV__
         L. Paul Mankin, IV, Esq.
         Attorney for Plaintiffs